# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>Daniel Enrique VILLANUEVA-Rios<br><br>                    Defendant. | Case No.: '21 MJ1736<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding<br>Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 2, 2021, within the Southern District of California, Daniel Enrique VILLANUEVA-Rios intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer Morgan Lynn Rice, while Officer Rice was engaged in and on account of the performance of her official duties, such acts involving physical contact with Officer Rice; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd of May 2021.

*William V. Gallo*
_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 2, 2021, at approximately 9:05 PM, Daniel Enrique VILLANUEVA-Rios, ("VILLANUEVA"), a Honduran citizen, assaulted a Federal officer in an attempt to evade arrest, while entering into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #13.

A Customs and Border Protection Officer (CBPO) assigned to secondary inspection responded to a report of an individual running into the United States through the vehicle lanes. The CBPO saw VILLANUEVA, who was wearing a yellow shirt and yellow backpack, running up a vehicle lane. The CBPO noticed VILLANUEVA go around a vehicle to avoid an officer responding to him. The CBPO noticed CBPO Rice position herself in front of VILLANUEVA, who then tackled CBPO Rice and continue to run forward.

A second CBPO assigned to secondary inspection responded to a report of an individual running through the vehicle lanes. The CBPO saw VILLANUEVA run into CBPO Rice and knock her down. After handcuffing VILLANUEVA, the CBPO received two negative customs declarations from VILLANUEVA. VILLANUEVA stated he was a citizen of Honduras, and his destination in the United States was San Diego, California.

VILLANUEVA was placed under arrest at approximately 9:10 PM.

1

During a post-Miranda interview, VILLANUEVA admitted attempting to enter the United States, evading arrest, and that he may have hurt an officer because he was nervous.

VILLANUEVA was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Certain Officers or Employees.

2